**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Antonio Rodriguez Jordan, Appellant.

Appellate Case No. 2015-000237

———————

Appeal From York County
Roger L. Couch, Circuit Court Judge

———————

Unpublished Opinion No. 2017-UP-472
Submitted November 1, 2017 – Filed December 28, 2017

———————

**APPEAL DISMISSED**

———————

Appellate Defender Susan Barber Hackett, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, KONDUROS, and GEATHERS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.